GORE *v.* GORE.

EVANS, P. J. Where on the hearing of an application for temporary alimony the evidence is conflicting as to the cause of the separation,— the wife contending that she separated from her husband because of his cruelty, and the husband contending that his conduct was kind and considerate, the discretion of the court in awarding a reasonable sum for alimony and attorney's fees will not be disturbed.

*Judgment affirmed. All the Justices concur.*
MAY 15, 1912.

Temporary alimony, etc. Before Judge Worrill. Randolph superior court. February 24, 1912.

*M. C. Edwards* and *George H. Perry,* for plaintiff in error.